IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN L. HALEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>HIEDE LACKNER, et al.,<br><br>    Defendants._____/ | 1:13-cv-01403-GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 29, 2013, Plaintiff filed a request to proceed without prepayment of filing fees, pursuant to 28 U.S.C. § 1915, at the United States District Court for the Central District of California, together with together with the Complaint commencing this action.  (Doc. 1.)  However, Plaintiff has not submitted an application to proceed in forma pauperis on the form preferred by this court, or submitted a certified copy of his prison trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint.  **Failure to comply with this order will result in dismissal of this action.**

   IT IS SO ORDERED.

   Dated:   **September 5, 2013**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE