UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN L. HALEY,<br><br>                Plaintiff,<br><br>        vs.<br><br>HEIDI LACKNER, et al.,<br><br>                Defendants. | 1:13-cv-01403-GSA-PC<br><br>ORDER GRANTING REQUEST<br>(Doc. 11.)<br><br>ORDER DIRECTING CLERK TO<br>SEND PLAINTIFF A COPY OF<br>COMPLAINT<br>(Doc. 7.) |

        Donovan L. Haley ("Plaintiff") is a state prisoner proceeding pro se and in forma
pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 29, 2013, Plaintiff
filed the Complaint commencing this action at the United States District Court for the Central
District of California.  (Doc. 7.)  On August 29, 2013, this case was transferred to court for the
Eastern District of California.  (Doc. 4.)  On September 20, 2013, Plaintiff filed a request for a
copy of his Complaint.  (Doc. 11.)

        Plaintiff is advised that the Clerk does not ordinarily provide free copies of case
documents to parties.  The Clerk charges $.50 per page for copies of documents.  See 28 U.S.C.
§ 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon
written request and prepayment of the copy fees.  The fact that the Court has granted leave for
Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from
the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to

1

an indigent petitioner except by order of the judge.  Plaintiff was advised in this court's First Informational Order issued on August 30, 2013, that "[i]f a party wants a file−stamped copy of a document returned for the party's own benefit, a copy for that purpose and a pre−addressed, pre−paid postage envelope must be included.  The Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis."  (First Informational Order, Doc. 6 at 3 ¶I.)

Plaintiff explains that at the time he filed the Complaint, he was completely indigent and did not have the means to make himself a copy of the complaint.  Plaintiff asserts that he is still indigent, incarcerated, and without representation.

In this instance, in light of the fact that the court record does not indicate that Plaintiff was previously sent a copy of the Complaint, and Plaintiff's Complaint is not voluminous, the Court shall make a one-time exception and provide Plaintiff with a free copy of his Complaint. **Plaintiff is advised that in the future he should always keep personal copies of any documents he sends to the court.**

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's request for a copy of his Complaint is GRANTED; and

2.      The Clerk is DIRECTED to send Plaintiff a copy of the Complaint filed on July 29, 2013 (Doc. 7).

IT IS SO ORDERED.

Dated:   **September 23, 2013**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

2